No. 1,667.—STATE EX REL. ANACONDA COPPER MIN-
ING CO., RELATOR, v. DISTRICT COURT
OF THE SECOND JUDICIAL DIS-
TRICT ET AL., DEFENDANTS.

Original application for writ of supervisory control.  De-
cided April 25, 1901.

PER CURIAM.—It appearing herein from the answer made by Honorable William Clancy, Judge of the Second Judicial District Court, to the order to show cause, heretofore issued herein, that said court has granted to the relator all the relief sought by its application to this court, it is ordered that relator's application be dismissed at its own cost.

(MR. JUSTICE PIGOTT dissents from the part of the foregoing order directing the cost of the application to be paid by relator.)

*Mr. W. W. Dixon, Mr. A. J. Shores* and *Mr. C. F. Kelly,* for Relator. *Messrs. McHatton & Cotter,* for Defendants.